```
 1  CENTER FOR DISABILITY ACCESS
    Raymond Ballister Jr., Esq., SBN 111282
 2  Russell Handy, Esq., SBN 195058
    Dennis Price, Esq., SBN 279082
 3  8033 Linda Vista Road, Suite 200
    San Diego, CA 92111
 4  (858) 375-7385; (888) 422-5191 fax
    amandas@potterhandy.com
 5  Attorneys for Plaintiff BRIAN WHITAKER
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>          Plaintiff,<br><br>     v.<br><br>ROSE HOSPITALITY, LLC, a California Limited Liability Company; and Does 1-10,<br><br>          Defendant. | Case No.: 3:21-CV-00047-THS<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |

The plaintiff hereby notifies the court that a provisional settlement has been reached in the above-captioned case. The Parties would like to avoid any additional expense while they focus efforts on finalizing the terms of the settlement and reducing it to a writing.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the settlement will be consummated within the coming sixty (60) days, allowing for a Joint Stipulation/Motion for Dismissal with prejudice as to all parties to be filed.

Dated: May 5, 2021                                    CENTER FOR DISABILITY ACCESS

                                                                  By:   /s/Amanda Seabock
                                                                          Amanda Seabock
                                                                          Attorney for Plaintiff