1  CENTER FOR DISABILITY ACCESS
2  Chris Carson, Esq., SBN 280048
   Dennis Price, Esq., SBN 279082
3  Amanda Seabock, Esq., SBN 289900
   8033 Linda Vista Road, Suite 200,
4  San Diego, CA 92111
5  (858) 375-7385; (888) 422-5191 fax
   amandas@potterhandy.com
6  Attorneys for Plaintiff

7
   MICHAEL J. MCLAUGHLIN (SBN: 277814)
8  robert@msllp.law
   ROBERT PETER WEISS (SBN: 118842)
9  rweiss@narvidscott.com
10 MCLAUGHLIN SANCHEZ LLP
   605 Market Street Suite 300
11 San Francisco, California 94105
12 Telephone: (415) 655-9753
   Facsimile: (415) 680-1701
13 Attorneys for Defendant
14 Rose Hospitality, LLC

15

16

17             UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
18

19 | BRIAN WHITAKER,                               | Case: 3:21-CV-00047-TSH
20 |                                               |
   |         Plaintiff,                            |
21 |                                               | **JOINT STIPULATION FOR
   |   v.                                          | DISMISSAL PURSUANT TO
22 |                                               | F.R.CIV.P. 41 (a)(1)(A)(ii)**
23 | ROSE HOSPITALITY, LLC, a California           |
   | Limited Liability Company; and Does 1- 10,    |
24 |                                               |
   |         Defendant.                            |
25

26

27

28

1

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: July 20, 2021              CENTER FOR DISABILITY ACCESS

                                          By:   /s/Amanda Seabock
                                                    Amanda Seabock
                                                    Attorney for Plaintiff

Dated:                            MCLAUGHLIN SANCHEZ LLP

                                          By: _____
                                                    Robert Peter Weiss
                                                    Attorneys for Defendant
                                                    Rose Hospitality, LLC

This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: July 20, 2021        CENTER FOR DISABILITY ACCESS

By: ____/s/ Amanda Seabock____
Amanda Seabock
Attorney for Plaintiff

Dated: July 20, 2021        MCLAUGHLIN SANCHEZ LLP

By: _____
Robert Peter Weiss
Attorneys for Defendant
Rose Hospitality, LLC

**SIGNATURE CERTIFICATION**